FILED

2009 MAY 13 PM 2: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C  CALIF.
LOS ANGELES

BY_____

1   PAUL L. GALE (State Bar No. 65873)
    Email: paul.gale@troutmansanders.com
2   JENECE D. SOLOMON (State Bar No. 238939)
    Email: jenece.solomon@troutmansanders.com
3   TROUTMAN SANDERS LLP
    5 Park Plaza, Suite 1200
4   Irvine, California 92614-8529
    Telephone: (949) 622-2700
5   Fax: (949) 769-2052

6   *Attorneys for Plaintiff*
    *Lumber Liquidators, Inc.*
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11  LUMBER LIQUIDATORS, INC., a          Case No. _____
    Delaware corporation,
12
                Plaintiff,               **CV09-3381 RSWL (JWJx)**
13
         v.                              **COMPLAINT FOR:**
14
    FLOORING 101, INC., a California        1) **VIOLATIONS OF THE**
15  corporation,                               **LANHAM ACT;**

16                                          2) **FRAUD;**

17              Defendant.                  3) **DECLARATORY RELIEF;**

18                                          4) **INJUNCTIVE RELIEF;**

19                                          5) **CYBERPIRACY; AND**

20                                          6) **COMMON LAW**
                                               **INFRINGEMENT**
21

22                                       **DEMAND FOR JURY TRIAL**

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

1012973v1                                          COMPLAINT

Plaintiff, Lumber Liquidators, Inc. ("Lumber Liquidators"), by and through its counsel, brings this action against Defendant Flooring 101, Inc. ("Flooring 101") for trademark infringement, false designation of origin and description of fact, false advertising, cancellation, cyberpiracy, unfair competition and common law infringement.

## Jurisdiction And Venue

1.     This Court has personal jurisdiction over Flooring 101 because Flooring 101 has its principal place of business in Oxnard, California.  Moreover, Flooring 101 has caused and is causing tortious injury to Lumber Liquidators in California, as described further below.  Thus, Flooring 101 is subject to this Court's jurisdiction.

2.     This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 as it involves claims presenting federal questions under 15 U.S.C. § 1121(a) and 15 U.S.C. §§ 1052, 1116, 1117, 1119, 1120 and 1125.  This Court also has supplemental jurisdiction over the asserted claim of common law trademark infringement pursuant to 28 U.S.C. § 1367(a), because such claim is so related to those claims under which the Court has original jurisdiction that it forms part of the same case and controversy under Article III of the United States Constitution.

3.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1332, and 1338(a) & (b), and has supplemental jurisdiction over the state common law claims under 28 U.S.C. § 1367(a).

4.     Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) & (c), and because a substantial part of the events or omissions giving rise to Lumber

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

Liquidators' claims against Flooring 101 occurred in cities or counties in the Western Division.

## **Parties**

5.      Lumber Liquidators is a Delaware corporation with its principal place of business at 3000 John Deere Road, Toano, Virginia 23168.

6.      Upon information and belief, Flooring 101 is a California corporation with its principal place of business at 1660 South Oxnard Blvd., Oxnard, California 93030.

## **Facts**

7.      Since 1994, Lumber Liquidators has been in the business of providing unfinished and pre-finished hardwood flooring products and services.  Today, Lumber Liquidators is the largest specialty retailer of hardwood flooring in the United States, with more than 160 stores around the United States.  Lumber Liquidators had total sales of more than $480 million in 2008.

8.      Lumber Liquidators sells a wide variety of hardwood, laminate and engineered flooring, including American cherry, walnut, ash, beech, birch and hickory, Birdseye maple, red oak, bamboo, and even exotics, such as Bolivian rosewood, Australian cypress, and Brazilian Cherry, among others.

9.      Since at least 2003, Lumber Liquidators has provided assistance to customers interested in purchasing and installing hardwood flooring under the distinctive trademark FLOORING 101 (the "FLOORING 101 Mark").  Lumber Liquidators' trademark gives the company the exclusive right to use those marks.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

10.   Lumber Liquidators has heavily advertised and promoted the FLOORING 101 Mark. This advertising and promotion has been accomplished by means of promotional and informational brochures, catalogues, media advertising, signage and business forms and envelopes, each of which have featured the FLOORING 101 Mark. True and correct copies of these advertising and promotional materials are attached hereto as Exhibit 1 and are incorporated herein by reference.

11.   In addition, Lumber Liquidators utilizes the FLOORING 101 Mark extensively on its website, http://www.lumberliquidators.com (the "Lumber Liquidators Website"), and in its stores. True and correct copies of materials evidencing and illustrating Lumber Liquidators' use of the FLOORING 101 Mark on the Lumber Liquidators Website are attached hereto as Exhibit 2 and are incorporated herein by reference.

12.   Since its inception, Lumber Liquidators has developed substantial goodwill in the FLOORING 101 Mark, which is associated closely with Lumber Liquidators' business, and which serves to identify and distinguish the business and services of Lumber Liquidators from those of others and to indicate the source, origin, sponsorship and affiliation of Lumber Liquidators' services.

13.   Flooring 101 also is in the business of selling hardwood, engineered and laminate flooring. Flooring 101 promotes its products through its Flooring 101 Website. True and correct copies of pages from the Flooring 101 Website are attached hereto as Exhibit 3 and are incorporated herein by reference.

14.   Lumber Liquidators has learned that Flooring 101, without authorization, is operating under the name Flooring 101 and has used, adopted,

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

1  appropriated and/or copied the FLOORING 101 Mark on its Flooring 101 Website

2  advertising and other forms of advertising including print, radio, television and

3  signage.  True and correct examples of this use, adoption, appropriation and/or

4  copying of the LUMBER LIQUIDATORS Marks by Flooring 101 are attached

5  hereto as Exhibit 4 and are incorporated herein by reference.

6

7      15.    Lumber Liquidators has not licensed the FLOORING 101 Mark to

8  Flooring 101, nor has Lumber Liquidators authorized Flooring 101 to use or copy

9  the FLOORING 101 Mark in any way.

10

11     16.    Lumber Liquidators has learned that Flooring 101 also has filed

12  Application No. 77/130264 in the United States Patent and Trademark Office

13  ("USPTO"), seeking to register the mark FLOORING 101.   Lumber Liquidators

14  also has learned that Flooring 101 has filed Application No. 77/045086 in the

15  USPTO, seeking to register the mark FLOORING 101 PROFESSOR PADDING &

16  Design.

17

18     17.    In its Application for the mark FLOORING 101, Flooring 101 claims a

19  first use anywhere and in commerce of September 14, 2006.

20

21     18.    In its Application for the mark FLOORING 101 PROFESSOR

22  PADDING & Design, Flooring 101 claims a first use anywhere and in commerce of

23  January 1, 2006.

24

25     19.    Additionally, Flooring 101 has registered the mark

26  FLOORS101.COM, Registration No. 3,481,462 on the principal register of the

27  United States Patent and Trademark Office ("USPTO"), for use with the following

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

1  International Class 35 goods and services: "On-line retail store services featuring

2  carpets and other floor coverings."

3

4      20.    In its Application for the mark FLOORS101.COM, Flooring 101

5  claimed a first use anywhere of April 10, 2008, and a first use in commerce of April

6  29, 2008.

7

8      21.    Lumber Liquidators has filed Opposition Nos. 91181215 and

9  91181216 (which have been consolidated) with the USPTO's Trademark Trial and

10 Appeal Board to Application Nos. 77/130264 and 77/045086, noting Lumber

11 Liquidators' prior use in commerce of the FLOORING 101 Mark dating to at least

12 as early as 2003.

13

14     22.    Despite Lumber Liquidators' opposition and communications,

15 Flooring 101 has refused to cease and desist from using, adopting, appropriating,

16 copying and/or attempting to register the FLOORING 101 Mark.

17

18     23.    Through its use, adoption, appropriation, copying, registration and/or

19 attempt to register the FLOORING 101 Mark, without authorization, Flooring 101

20 has caused, and unless enjoined is likely to continue to cause, confusion or mistake

21 among, or to deceive, the consuming public as to the source, origin, sponsorship or

22 approval of the products sold by Flooring 101 and by Lumber Liquidators.

23

24     24.    Lumber Liquidators has been damaged as a consequence of Flooring

25 101's unauthorized use of, adoption of, appropriation of, copying of and/or seeking

26 to register the FLOORING 101 Mark.

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

25. In addition, Flooring 101's conduct will cause Lumber Liquidators further immediate and irreparable injury, loss and damage for which Lumber Liquidators will have no adequate remedy at law.

26. Flooring 101's use, adoption, appropriation, copying and/or attempt to register the FLOORING 101 Mark without authorization shows willful misconduct, malice, fraud, wantonness, oppression, or the entire lack of care which would raise the presumption of conscious indifference to its consequences.

## COUNT I

### FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION OF FACT AND FALSE ADVERTISING UNDER THE LANHAM ACT

27. The allegations of Paragraphs 1 through 26 above are incorporated by reference as if fully set forth herein.

28. Flooring 101's use of the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM in conjunction with flooring related goods constitute false designations of origin, or false or misleading descriptions or representations of fact, that are likely to cause confusion, to cause mistake, or to deceive others to believe that the products actually made or offered by Flooring 101 are made by, sponsored by, approved by, originate with, or are affiliated with Lumber Liquidators.

29. Flooring 101's use of the marks, FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM in conjunction with flooring related goods constitutes false advertising that is likely to lead consumers to believe that Flooring 101's goods originate from the Lumber Liquidators when they do not.

30.     Flooring 101's actions constitute false advertising, false designation of origin, and false description of fact in violation of 15 U.S.C. § 1125(a).

31.     Flooring 101's actions have damaged Lumber Liquidators and its business.

32.     Unless temporarily, preliminary and permanently enjoined, Flooring 101's conduct will cause Lumber Liquidators' irreparable harm for which there exists no adequate remedy at law.

33.     Because Lumber Liquidators' use of the FLOORING 101 Mark is prior to Flooring 101's use of FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM pursuant to 15 U.S.C. §§ 1119 and 1052, Lumber Liquidators is entitled to an injunction prohibiting Flooring 101 from registering these marks.

34.     Additionally, the registered mark FLOORS101.COM is subject to cancellation pursuant to 15 U.S.C. § 1119 due to the likelihood of confusion with Lumber Liquidators' FLOORING 101 Mark.

35.     Lumber Liquidators is entitled to recover from Flooring 101 all damages Lumber Liquidators has sustained because of Flooring 101's improper conduct, as well as Flooring 101's profits obtained from its infringing conduct, in an amount to be proved at trial and to be trebled, pursuant to 15 U.S.C. § 1117.

36.     On information and belief, Flooring 101's actions are willful and deliberate, and they amount to exceptional circumstances, justifying an award of attorneys' fees to Lumber Liquidators pursuant to 16 U.S.C. § 1117.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

# COUNT II

## UNFAIR COMPETITION UNDER THE LANHAM ACT

37.    The allegations of paragraphs 1 through 36 above are incorporated by reference as if fully set forth herein.

38.    Lumber Liquidators and its FLOORING 101 Mark have become uniquely associated with Lumber Liquidator's flooring products, and the public identifies Lumber Liquidators as the source for its flooring products.

39.    Flooring 101 has marketed and continues to use the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM for flooring-related products without Lumber Liquidators' consent, and in doing so has deceived, misled, and confused consumers and enabled Flooring 101 to unfairly capitalize on and trade off of Lumber Liquidators' reputation and goodwill associated with its FLOORING 101 Mark.

40.    By adopting marks that are identical or so similar to Lumber Liquidators' FLOORING 101 Mark in connection with nearly identical goods, Flooring 101 is unfairly competing with Lumber Liquidators by conducting business on the goodwill built by Lumber Liquidators and diluting the distinctive value of Lumber Liquidators' FLOORING 101 Mark, one of Lumber Liquidators' core assets, in violation of 15 U.S.C. § 1125(a).

41.    Flooring 101's actions have damaged Lumber Liquidators and its business.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

42.    Unless temporarily, preliminary, and permanently enjoined, Flooring 101's conduct will cause Lumber Liquidators irreparable harm for which there exists no adequate remedy at law.

43.    Lumber Liquidators is entitled to recover from Flooring 101 all damages Lumber Liquidators has sustained because of Flooring 101's improper conduct, as well as Flooring 101's profits on sales of flooring products, in an amount to be proved at trial and to be trebled, pursuant to 15 U.S.C. § 1117.

44.    On information and belief, Flooring 101's actions are willful and deliberate, and they amount to exceptional circumstances, justifying an award of attorneys' fees to Lumber Liquidators pursuant to 16 U.S.C. § 1117.

## COUNT III

## FRAUD ON THE UNITED STATES PATENT AND TRADEMARK OFFICE

45.    The allegations of paragraphs 1 through 44 above are incorporated by reference as if fully set forth herein.

46.    Flooring 101 applied for and obtained its registered mark FLOORS101.COM by making false representations regarding the ownership of that mark on its application for registration.

47.    Flooring 101 has applied for the marks FLOORING 101 and FLOORING 101 PROFESSOR PADDING & Design by making false representations regarding the ownership of those marks on its applications for registration.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

48.    Flooring 101 knew or should have known that the representations with respect to ownership of the foregoing registered and pending marks set forth on its applications for registration were false.

49.    Flooring 101 knowingly made such false representations with respect to the registered and pending marks with the intent to induce the USPTO to grant Flooring 101 the registrations of such marks, despite the fact that it knew or should have known of Lumber Liquidator's prior use of the confusingly similar FLOORING 101 Mark.

50.    Flooring 101's false representation was material with respect to the FLOORS101.COM mark, as it induced the USPTO to register that mark.

51.    The USPTO relied on the false representation of FLOORING 101 when it granted registration of the FLOORS101.COM mark.

52.    The USPTO has relied and continues to rely on the false representations of Flooring 101 when considering the applications of the pending FLOORING 101 and FLOORING 101 PROFESSOR PADDING & Design marks.

53.    Lumber Liquidators has been damaged by Flooring 101's false representation, because Flooring 101's pending marks and registered mark are used in commerce with the same or similar goods and services to Lumber Liquidator's goods and services, which are provided under the FLOORING 101 Mark.

54.    Flooring 101's false representation on its applications for the pending and registered marks constitutes false or fraudulent procurement of a trademark registration in violation of 15 U.S.C. § 1120.

55.    Lumber Liquidators is entitled to recover from Flooring 101 all damages Lumber Liquidators has sustained because of Flooring 101's improper conduct in an amount to be proved at trial.

56.    As a result of Flooring 101's improper conduct, the FLOORS101.COM mark should be cancelled by the Court, pursuant to 15 U.S.C. § 1119.

57.    Also as a result of Flooring 101's improper conduct, the pending FLOORING 101 and FLOORING 101 PROFESSOR PADDING & Design marks should be declared by the Court to be void *ab initio*, pursuant to 15 U.S.C. § 1119.

## COUNT IV
## CYBERPIRACY UNDER 15 U.S.C. § 1125

58.    The allegations of paragraphs 1 through 57 above are incorporated by reference as if fully set forth herein.

59.    Flooring 101 uses the Flooring 101 Website, which bears the domain name http://www.floors101.com.

60.    At the time of registration of its domain name, the domain name was confusingly similar to Lumber Liquidator's protected FLOORING 101 Mark.

61.    Flooring 101's has used and continues to use the Flooring 101 Website with a bad faith intent to profit from the FLOORING 101 Mark. Such bad faith intent is evidenced by, *inter alia*:

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

a.    Flooring 101's lack of legitimate trademark or intellectual property rights in the domain name, as described in this lawsuit;

b.    Flooring 101's intent to divert consumers from Lumber Liquidator's online location to its Flooring 101 Website for commercial gain, by creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of the Flooring 101 Website; and

c.    Flooring 101's pattern of prior conduct with respect to its fraudulent registration of the FLOORS101.COM trademark, which provides the basis for the Flooring 101 Website (http://www.floors101.com).

62.    Such actions by Flooring 101 constitute cyberpiracy, subjecting Flooring 101 to civil liability under 15 U.S.C. § 1125(d) for all damages incurred as a result of its actions. Such damages include: Statutory damages in an amount of not less than $1,000.00 and not more than $100,000.00 pursuant to 15 U.S.C. § 1117(d); and damages for corrective advertising.

63.    Such actions by Flooring 101 also entitle Lumber Liquidators to injunctive relief transferring Flooring 101's domain name to Lumber Liquidators pursuant to 15 U.S.C § 1125(d).

64.    On information and belief, Flooring 101's actions are willful and deliberate, and they amount to exceptional circumstances, justifying an award of treble damages and attorneys' fees to Lumber Liquidators pursuant to 16 U.S.C. § 1117.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

## COUNT V

## COMMON LAW INFRINGEMENT

65.     The allegations of paragraphs 1 through 64 above are incorporated by reference as if fully set forth herein.

66.     Lumber Liquidators has used its FLOORING 101 Mark and has acquired considerable goodwill, distinctiveness, and wide-scale recognition with regard to its Mark.  Lumber Liquidators has invested heavily in advertising, promotion and use of Lumber Liquidators' Mark in commerce throughout the United States, including this District, since at least as early as a date preceding Flooring 101's adoption and use of the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design, and FLOORS101.COM in connection flooring products.  The public has come to associate the FLOORING 101 Mark with Lumber Liquidators and Lumber Liquidators' goods and services.

67.     Flooring 101 is using an identical mark, FLOORING 101, and similar marks, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM on related and confusingly similar goods and/or services, in the same or similar channels of trade as Lumber Liquidators, without Lumber Liquidators' consent or authorization, and such use is highly damaging to Lumber Liquidators and its FLOORING 101 Mark.

68.     Flooring 101's use of the FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design and FLOORS101.COM marks for its flooring products has created a likelihood of confusion, mistake, or deception, and therefore infringes on Lumber Liquidators' FLOORING 101 Mark in violation of the common law of the State of California.

69.    Flooring 101's actions damage and threaten to further damage the value of Lumber Liquidators' FLOORING 101 Mark, the goodwill and the business associated with Lumber Liquidators' FLOORING 101 Mark.

70.    Unless temporarily, preliminary, and permanently enjoined, Flooring 101's conduct will cause Lumber Liquidators irreparable harm for which there exists no adequate remedy at law.

71.    Lumber Liquidators is entitled to recover its damages and attorney's fees from Flooring 101 in an amount to be proved at trial.

72.    Lumber Liquidators is further entitled to recover its attorneys' fees from Flooring 101.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Lumber Liquidators respectfully requests that the Court enter judgment against Flooring 101 as follows:

1.    Preliminary and permanently enjoining Flooring 101 and its officers, agents, servants, employees, representatives, attorneys, successors, licensees and assigns, and all others in active concert or participation with them, pursuant to 15 USC § 1116 and the equity jurisdiction of this Court, from using the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design, FLOORS101.COM or any other mark in combination with other words or symbols, or any other marks or symbols which are confusingly or deceptively similar to, or colorably imitative of Lumber Liquidators' FLOORING 101 Mark, on or in

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

connection with the importation, sale, offering for sale, distribution, exhibition, display or advertising of any flooring-related goods or services;

2.    Preliminary and permanently enjoining Flooring 101 and its officers, agents, servants, employees, representatives, attorneys, successors, licensees and assigns, and all others in active concert or participation with them, from directly or indirectly falsely advertising or promoting the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design, FLOORS101.COM or any other mark in combination with other words or symbols, or any other marks or symbols which are confusingly or deceptively similar to, or colorably imitative of Lumber Liquidators' FLOORING 101 Mark, on or in connection with the importation, sale, offering for sale, distribution, exhibition, display or advertising of any flooring-related goods or services;

3.    Preliminary and permanently enjoining Flooring 101 and its officers, agents, servants, employees, representatives, attorneys, successors, licensees and assigns, and all others in active concert or participation with them, from making or inducing others to make any false, misleading or deceptive statement of fact, or representation of fact in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design, FLOORS101.COM or any other mark in combination with other words or symbols, or any other marks or symbols which are confusingly or deceptively similar to, or colorably imitative of Lumber Liquidators' FLOORING 101 Mark, on or in connection with the importation, sale, offering for sale, distribution, exhibition, display or advertising of any flooring-related goods or services;

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

4.     Requiring Flooring 101 to pay damages to Lumber Liquidators in the amount of Lumber Liquidators' actual and consequential damages and any profits of Flooring 101 resulting from Flooring 101's false and misleading advertisements and marketing, trademark infringement, unfair competition, and false representations to the USPTO pursuant to 15 U.S.C. § 1117(a), 15 U.S.C. § 1120 and the common law of the State of California;

5.     Requiring Flooring 101 and its officers, agents, servants, employees, representatives, attorneys, successors, licensees and assigns, and all others in active concert or participation with them, to not destroy but deliver up to this Court, pursuant to 15 USC § 1118, all of the following:  Dies, molds, letterheads, advertising materials, computer programs in any language or format (including HTML, Java or other formats for use in Internet web pages), labels, packages, containers, name plates, and any other printed or electronic matter of any nature, and any products in their possession bearing or using the marks FLOORING 101, FLOORING 101 PROFESSOR PADDING & Design, FLOORS101.COM or any other similar mark either alone or in combination with other words or symbols, or any colorable imitation of Lumber Liquidators' FLOORING 101 Mark, as such marks are used on flooring-related products for the purposes of destruction thereof;

6.     Awarding Lumber Liquidators damages in an amount to be proved at trial for corrective advertising incurred as a result of Flooring 101's use of the domain name http://www.floors101.com;

7.     Awarding Lumber Liquidators statutory damages in an amount of not less than $1,000.00 and not more than $100,000.00 pursuant to 15 U.S.C. § 1117(d);

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

8.    Finding this an exceptional case and requiring Flooring 101 to pay Lumber Liquidators additional damages equal to three times the actual damages awarded Lumber Liquidators pursuant to 15 U.S.C. § 1117(a).

9.    Requiring Flooring 101 to pay all of Lumber Liquidators' reasonable attorneys' fees, costs and expenses, including those available under 15 U.S.C. § 1117(a), and any other applicable law;

10.    Awarding Lumber Liquidators prejudgment and post-judgment interest on any monetary award in this action;

11.    Enjoining the pending registration of FLOORING 101 and FLOORING 101 PROFESSOR PADDING & Design on the principal register of the USPTO, pursuant to 15 U.S.C. § 1119 and 15 U.S.C. § 1052;

12.    Canceling Flooring 101's registered mark FLOORS101.COM on the principal register of the USPTO, pursuant to 15 U.S.C. § 1119 and 15 U.S.C. § 1052;

13.    Declaring Flooring 101's applications for the Pending Marks to be void *ab initio*;

14.    Declaring that Flooring 101's use of the domain name http://www.floors101.com constitutes cyberpiracy;

15.    Awarding Lumber Liquidators injunctive relief transferring Flooring 101's domain name http://www.floors101.com to Lumber Liquidators pursuant to 15 U.S.C § 1125(d); and

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

1    16.    Awarding Lumber Liquidators such other and further relief as the

2 Court deems just and equitable.

3

4 Dated:    May 13, 2009                    Respectfully submitted,

5                                          PAUL L. GALE
                                           JENECE D. SOLOMON
6                                          TROUTMAN SANDERS LLP

7

8                                    By: _____

9                                          Jenece D. Solomon
                                           Attorneys for Plaintiff
10                                         Lumber Liquidators

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

1

## **DEMAND FOR JURY TRIAL**

2

3          Please take notice that Plaintiff demands a trial by jury of all claims and

4    issues to which it is available pursuant to Federal Rules of Civil Procedure, Rule

5    38.

6

7    Dated:    May 13, 2009

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL L. GALE
JENECE D. SOLOMON
TROUTMAN SANDERS LLP

By: _____

Jenece D. Solomon
Attorneys for Plaintiff
Lumber Liquidators

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

## CV09- 3381 RSWL (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

PAUL L. GALE (State Bar No. 65) )
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592
(949) 622-2700
(949) 769-2052

Plaintiff Lumber Liquidators, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LUMBER LIQUIDATORS, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br>v.<br><br><br>FLOORING 101, INC., a California corporation,<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-3381 RSWL (JWJx)**<br><br><br><br>**SUMMONS** |
|---|---|

TO:DEFENDANT(S): <u>FLOORING 101, INC.</u>

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Paul L. Gale</u>, whose address is <u>Troutman Sanders LLP, 5 Park Plaza, Suite 1200, Irvine, CA 92614-8592</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **MAY 1 3 2009** _____

By: **NATALIE LONGORIA** _____
Deputy Clerk

(Seal of the Court)

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| LUMBER LIQUIDATORS, INC., a Delaware corporation, | FLOORING 101, INC., a California corporation, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| PAUL L. GALE (State Bar No. 65873) TROUTMAN SANDERS LLP 5 Park Plaza, Suite 1200 Irvine, CA 92614-8592 (949) 622-2700 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ According to Proof

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1052, 1116, 1117, 1119, 1120, 1121, 1125 Plaintiff alleges trademark infringement, false designation of origin and description of fact, false advertising, cancellation, cyberpiracy, unfair competition, and common law infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | **IMMIGRATION** | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV09- 3381**

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
   ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Virginia |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
   ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura |  |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura, Los Angeles |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____*Paul A. Yale*_____   Date May 13, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com