1  Christine Morgan (SBN 169350)
   Email: cmorgan@reedsmith.com
2  REED SMITH LLP
3  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
4  Telephone:     +1 415 543 8700
   Facsimile:      +1 415 391 8269
5
6  James T. Hultquist (*Pro Hac Vice*)
   Email: jhultquist@reedsmith.com
7  Alfred E. Hanna (*Pro Hac Vice*)
   Email: ahanna@reedsmith.com
8  REED SMITH LLP
   10 South Wacker Drive, 40th Floor
9  Chicago, IL  60606-7507
   Telephone:     +1 312 207 1000
10 Facsimile:      +1 415 207 6400
11
   Attorneys for Defendant
12 Flooring 101, Inc.

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION
15

| 16 | LUMBER LIQUIDATORS, INC., a Delaware corporation, | No.: CV 09-3381 DMG (JWJx) |
|---|---|---|
| 17 | | |
| 18 | Plaintiff, | **Stipulation re: Protective Order** |
| 19 | vs. | |
| 20 | FLOORING 101, INC., a California corporation, | Compl. Filed: May 13, 2009 |
| 21 | Defendant. | |
| 22 | FLOORING 101, INC., a California corporation, | |
| 23 | Counterclaimant, | Honorable Dolly M. Gee |
| 24 | vs. | |
| 25 | LUMBER LIQUIDATORS, INC., a Delaware corporation, | |
| 26 | | |
| 27 | Counter-Defendant | |
| 28 | | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED
2   that the Stipulation re: Protective Order submitted by the parties in this action shall govern the
3   exchange and use of documents and information in pretrial discovery and proceedings.
4
5   Dated: April 16, 2010

6   _____
7   Honorable Carla M. Woehrle
United States Magistrate Judge