UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    **JS-6**

| | |
|---|---|
| Case No. **CV 09-3381-DMG(CWx)** | Date JUNE 2, 2010 |

Title *Lumber Liquidators, Inc. v. Flooring 101, Inc., et al.,*

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed May 11, 2010, indicating that the case has settled in its entirety and stating that a stipulation of dismissal would be filed within 30 days.

IT IS ORDERED that this case is placed in inactive status; the parties shall file a proper stipulation for dismissal, judgment, or may move to reopen if settlement is not consummated, by filing a motion therefor no later than *July 2, 2010.*

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Final Pretrial Conference on August 12, 2010 and Jury Trial on August 24, 2010 are hereby **VACATED.**

**IT IS SO ORDERED.**

cc: all parties

| | | |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |